# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KENDRICK CAIN, ) | |
|     Plaintiff, ) | |
| v. ) | No. 2:12-cv-2818-SHL-dkv |
| C & K TRUCKING, LLC, ) | |
|     Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed September 20, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 39) filed August 12, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 13, 2014
Date